# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CLETIS J. RYAN,** | * |
| | * |
|    **Plaintiff,** | * |
| | * |
| vs. | *   **CIVIL ACTION NO. 04-00290-WS-B** |
| | * |
| **JO ANNE B. BARNHART,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
|    **Defendant.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for period of disability, disability insurance and supplemental security income benefits, be **AFFIRMED.**

**DONE** and **ORDERED** this the 10th day of November, 2005.

                                                  s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE